## CINCINNATI, RICHMOND & MUNCIE RAILROAD *v.* CROWL ET AL.

[No. 5,011. Filed December 16, 1904. Rehearing denied April 6, 1905. Transfer denied June 6, 1905.]

From Miami Circuit Court; *Joseph N. Tillett,* Judge.

Action by Edith J. Crowl and husband against the Cincinnati, Richmond & Muncie Railroad. From a judgment for plaintiffs, defendant appeals. *Affirmed.*

*Robbins & Starr* and *Loveland & Loveland,* for appellant.
*Cox, Reasoner & O'Hara* and *Albert Ward,* for appellees.

ROBINSON, P. J.—The controlling questions in this appeal are the same as those in *Cincinnati, etc., Railroad* v. *Miller* (1905), 36 Ind. App. ——, and upon the authority of that case the judgment is affirmed.